MOSK, J.
I concur in the judgment.
In addition, I generally concur in the opinion of the court. But, unlike my colleagues, I would “compare ‘[a] prosecutor’s treatment of minority and nonminority prospective jurors’ in reviewing the validity of . . . [peremptory] challenges” under People v. Wheeler (1978) 22 Cal.3d 258 [148 Cal.Rptr. 890, 583 P.2d 748], and Batson v. Kentucky (1986) 476 U.S. 79 [106 S.Ct. 1712, 90 L.Ed.2d 69]. (People v. Jackson (1996) 13 Cal.4th 1164, 1248-1249 [56 Cal.Rptr.2d 49, 920 P.2d 1254] (conc. opn. of Mosk, J.).) Employing such an approach, I conclude that the peremptory challenges by the prosecutor here were not invalid.